```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 05109
   MERRICK JACKSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-2929


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 02/15/2005 and was confirmed 04/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.11%.

     The case was paid in full 08/27/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
----------------------------------------------------------------------
INTERNAL REVENUE SERVICE PRIORITY            603.90             .00          603.90
CITY OF CHICAGO PARKING  UNSECURED          8791.96             .00          888.74
ECMC                     UNSECURED         10582.46             .00         1069.73
INTERNAL REVENUE SERVICE UNSECURED          2058.84             .00          208.12
ECAST SETTLEMENT CORP    UNSECURED           194.97             .00           19.71
THOMAS W DREXLER         DEBTOR ATTY       2,294.00                        2,294.00
TOM VAUGHN               TRUSTEE                                             315.91
DEBTOR REFUND            REFUND                                                  .00

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                             5,400.11

PRIORITY                                                603.90
SECURED                                                    .00
UNSECURED                                              2,186.30
ADMINISTRATIVE                                         2,294.00
TRUSTEE COMPENSATION                                     315.91
DEBTOR REFUND                                              .00
                                  --------------     --------------
TOTALS                              5,400.11           5,400.11




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 05109 MERRICK JACKSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 11/20/08                      _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```